IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:13CR42-1
:
WILLIE JAMES CARPENTER :

The United States Attorney charges:

From on or about April 5, 2012, continuing up to and including on or about April 6, 2012, the exact dates unknown, in the Middle District of North Carolina, WILLIE JAMES CARPENTER, using a facility and means of interstate commerce, that is, a cellular phone, did knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, that is, indecent liberties with a child (N.C.G.S. § 14-202.1); all in violation of Title 18, United States Code, Section 2422(b).

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY