IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:13CR42-1 |
| v. | : | |
| WILLIE JAMES CARPENTER | : | FACTUAL BASIS |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

WILLIE JAMES CARPENTER communicated with a 14-year-old whose initials are A.N.B. using a cellular telephone on April 5, 2012, continuing up to and including April 6, 2012. Both CARPENTER and A.N.B. lived in Durham, North Carolina at that time. The cellular telephones used by CARPENTER and A.N.B. utilized the networks of Virgin Mobile, Sprint, and/or TracFone, which are national networks and thus constitute a facility and means of interstate commerce.

Using the cellular telephone communications, CARPENTER and A.N.B. arranged to meet on the evening of April 5, 2012, to engage in activity which would constitute an offense for CARPENTER under North Carolina state law, that is, indecent liberties with a child (N.C.G.S. § 14-202.1). CARPENTER picked

up A.N.B. in this arranged meeting and took her to a hotel in Durham, North Carolina.

This the 6th day of February, 2013.

                                        Respectfully submitted,

                                        RIPLEY RAND
                                        United States Attorney

                                        /S/ ANAND P. RAMASWAMY
                                        Assistant United States Attorney
                                        NCSB #24991
                                        United States Attorney's Office
                                        Middle District of North Carolina
                                        P.O. Box 1858
                                        Greensboro, NC  27402
                                        Phone:  336/333-5351
                                        E-mail: anand.ramaswamy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:13CR42-1 |
| | : | |
| v. | : | |
| | : | |
| WILLIE JAMES CARPENTER | : | FACTUAL BASIS |

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stacey D. Rubain, Esq.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY

/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: anand.ramaswamy@usdoj.gov

3